UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN, | Case No. 21-cv-08970-HSG |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| NAPA SUPERIOR COURT, | |
| Respondent. | |

On or about September 27, 2021, Petitioner filed this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, in the Ninth Circuit. Dkt. No. 1 at 1; Dkt. No. 1-1.[1] On October 18, 2021, the Ninth Circuit ordered the matter be transferred to this district court. Dkt. No. 1-1. On November 19, 2021, the Clerk of the Court informed Petitioner that this action was deficient because he had not submitted an *in forma pauperis* application or paid the filing fee, and that he needed to correct the deficiency within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 2. The deadline has passed, and Petitioner has not submitted the required documents.

//
//
//
//
//
//

---

[1] Petitioner has filed at least nine petitions for a writ of habeas corpus in the last three years. *See, e.g.*, C No. 18-cv-03439 LHK, *Coleman v. Nguyen, et al.*; C No. 18-cv-03489 LHK, *Coleman v. Napa County Jail*; C No. 18-cv-06815 LHK, *Coleman v. Boegenecker*; C No. 19-cv-01439 LHK, *In re Coleman*; C No. 21-cv-01195 LHK, *Coleman v. People of Calif.*

1  The Court therefore DISMISSES this action without prejudice and denies all pending
2  motions as moot. Because this dismissal is without prejudice, Petitioner may move to reopen the
3  action. Any such motion must contain either the full filing fee or a complete *in forma pauperis*
4  application.

**IT IS SO ORDERED.**

Dated: 2/15/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2