UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>        Petitioner,<br><br>   v.<br><br>NAPA SUPERIOR COURT,<br><br>        Respondent. | Case No. 21-cv-08970-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/15/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge